IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02479-BNB

DAVID L. STARR,

    Applicant,

v.

UNITED STATES,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -7 2009

GREGORY C. LANGHAM
                CLERK

---

ORDER OF DISMISSAL

---

On November 20, 2008, Magistrate Judge Boyd N. Boland entered an order instructing Mr. Starr, a federal detainee housed in the State of Colorado, to cure the deficiencies in this case. Specifically, he was instructed to file his claims on a Court-approved form used in initiating 28 U.S.C. § 2241 actions in this Court. He also was instructed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action. Mr. Starr was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Starr now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 7 day of Jan, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02479-BNB

David L. Starr
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/7/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk